ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbes@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUIS JOHN OLIVER,<br><br>    Defendant. | No. 23-cr-00324-WHA<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND EXCLUDE TIME FROM OCTOBER 4, 2023, TO OCTOBER 11, 2023; ORDER** |

Plaintiff UNITED STATES OF AMERICA and Defendant LUIS JOHN OLIVER hereby stipulate as follows:

1. A status conference re detention is currently set in the above-captioned matter for October 10, 2023, at 10:30 a.m.

2. The parties have met and conferred and defendant does not currently contest detention.

3. Accordingly, the parties request that the Court vacate the October 10, 2023 hearing.

4. With respect to the Speedy Trial Act, it is hereby stipulated by and between counsel for the United States and counsel for the defendant LUIS JOHN OLIVER, that time be excluded under the Speedy Trial Act from October 4, 2023, through October 11, 2023, for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and

1     agree that the ends of justice are served by excluding the time from October 4, 2023, through
2     October 11, 2023, from computation under the Speedy Trial Act outweigh the best interests
3     of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4     The undersigned Assistant United States Attorney certifies that she has obtained approval from
5 counsel for the Defendant to file this stipulation and proposed order.

7     IT IS SO STIPULATED.

8 DATED: October 4, 2023                    /s/
                                       WENDY M. GARBERS
9                                        Assistant United States Attorney

10
11 DATED: October 4, 2023                    /s/
                                       SEVERA KEITH
                                       Counsel for Defendant LUIS JOHN OLIVER

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the October 10, 2023 status conference is vacated. Additionally, the Court finds that failing to exclude the time from October 4, 2023, through October 11, 2023, would unreasonably deny the parties the reasonable time necessary for effective preparation, taking into account continuity of counsel and the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 4, 2023, through October 11, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 4, 2023, through October 11, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: October 4, 2023

LISA J. CISNEROS
United States Magistrate Judge